### NORBERT MAYER *v.* BIAFORE, FLOREK AND O'NEILL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 554 (AC 16156), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the judgment of the trial court dismissing the plaintiff's legal malpractice complaint on the ground that the claim was not ripe for adjudication?"

The Supreme Court docket number is SC 15772.

*Robert R. Sheldon* and *Douglas P. Mahoney*, in support of the petition.

*Karen K. Clark* and *Jennifer A. Osowiecki*, in opposition.